1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



FILED
SEP 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11  IN RE:                            )
                                      )     SEALED
12  SEARCH WARRANTS AUTHORIZED        )
    FOR THE PREMISES LOCATED AT:      )     2:09-SW-0310 GGH
13                                    )
    14609 Old Marysville Road         )     ORDER FOR DESTRUCTION OF BULK
14  Camptonville, California          )     MARIJUANA SEIZURE
                                      )
                                      )

21     The United States applied for an order permitting its agents
22  to destroy bulk marijuana that it expects to seize in this matter
23  pursuant to a duly authorized search warrant.  Having read and
24  considered the papers filed by the United States, and good cause
25  appearing therefrom:
26     IT IS HEREBY ORDERED that the DEA and other investigative
27  agencies involved in the investigation of this matter are
28  authorized to destroy, forthwith, any bulk marijuana seized during

1

1 the investigation. For evidentiary purposes, the marijuana plants
2 shall be counted and, if possible, weighed. Additionally, any
3 seized marijuana gardens shall be photographed and/or videotaped,
4 and a representative sample taken from each location, which shall
5 be preserved until further order of this court.

7 Dated: September 21, 2009

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge